IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-01038-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: November 13, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

GEORGE DARWIN, *et al*.,  Stewart Evans

    Plaintiffs/Consol Plaintiffs,

v.

DANIEL J. TAYLOR, *et al*.,  Eric Neil Landau
 Travis Shenandoah Biffar

    Defendants/Consol Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     9:17 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding now to get this case moving forward.  Discussion regarding the defendant's Joint MOTION for Leave to Establish a Date for Lead Plaintiff to File a Consolidated Complaint (Docket No. 32, filed on 11/7/2012).

Continued discussion regarding the consolidated complaint, Rule 12 pertaining to the defendants answer due date, Rule 1, and setting a briefing scheduling for the consolidated complaint.  Mr. Landau informs the court that he would like to have 30 days to file a motion to dismiss.

**ORDERED:**   The court **GRANTS** the defendant's Joint MOTION for Leave to Establish a Date for Lead Plaintiff to File a Consolidated Complaint (Docket No. 32, filed on 11/7/2012).  The consolidated complaint shall be filed **on late than January 7, 2013**.  The defendant's motion to dismiss shall be filed **on or before February 7, 2013**; the plaintiff's response shall be due **no later March 7, 2013**; and the

defendant's reply brief shall be due **no later than March 27, 2013**. All briefing will be completed **by March 27, 2013**.

HEARING CONCLUDED.

**Court in recess:**       **9:28 a.m.**
Total time in court:    00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.