**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01038-CMA-CBS  (Consolidated for all purposes with
Civil Action No. 12-cv-01521-CMA-CBS)

PATIPAN NAKKHUMPUN,  Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DANIEL J. TAYLOR,
JOHN R. WALLACE,
CARL E. LAKEY, and
KEVIN K. NANKE,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion to Dismiss of Judge Christine M. Arguello entered on September 30, 2013 it is

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint (Doc. # 40) is GRANTED.   It is

FURTHER ORDERED that  Defendants' unopposed Motion Requesting Judicial Notice in Support of Motion to Dismiss Plaintiffs' Consolidated Complaint (Doc. # 41) is GRANTED.

Dated at Denver, Colorado this 1st day of October, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Sandra Hartmann
_____

Sandra Hartmann
Deputy Clerk